Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
415-675-8112 fax

Attorney for Plaintiff
Isabel Rivas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Isabel Rivas<br><br>        Plaintiff,<br><br>    vs.<br><br>Oportun, Inc.<br><br>        Defendant | Case No.: 2:23-cv-00778-RAO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OPORTUN, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Isabel Rivas, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Oportun Inc. as to all claims in this action, **without** prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Oportun, Inc. has neither answered Plaintiff's Complaint, nor filed

a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: April 4, 2023            Gale, Angelo, Johnson, & Patrick, P.C.

                                By:  _____*/s/ Joe Angelo*_____
                                        Joe Angelo
                                    Attorney for Plaintiff

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT